UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In Re:  Vincent Carl Trezevant, Jr.                                  Chapter 13
                                                                      Case No. ___

Debtor.

## Chapter 13 Plan

Address:        Debtor   3378 Kenie Ave., Memphis, TN 38118

Plan Payment:

Debtor Shall Pay:   $96.00 Weekly
   Or by: (X) Payroll Deduction   Federal Express, 30 FedEx Parkway 2nd Floor Horiz, Collierville, TN 38017

1. This Plan [Rule 3015.1 Notice]:
   (A) Contains a Non-standard Provision [See provision 19].                          (X) Yes  ( ) No
   (B) Limits the Amount of a Secured Claim Based on a Valuation of the Collateral for the Claim (X) Yes  ( ) No
       [See provisions 7 and 8].
   (C) Avoids a Security Interest or Lien. [See provision 12].                        ( ) Yes  (X) No

2. Administrative Expenses: Pay Filing Fee and Debtor Attorney's Fee Pursuant to Confirmation Order.

3. Auto Insurance:    ( ) Included in Plan     Or (X) Not Included in Plan if proof provided by Debtor

4. Domestic Support Paid By: ( ) Debtor Directly ( ) Wage Assignment  ( ) Trustee To:    Monthly Pmt.
                                      ongoing payment begins
                                      Approximate arrearage
                                      ongoing payment begins
                                      Approximate arrearage

5. Priority Claims:                                                                         Monthly Pmt.
                                                              Amount
                                                              Amount

6. Home Mortgage Claims:    ( ) Paid Directly by Debtor or ( ) Paid by Trustee To:       Monthly Pmt.
                                      ongoing payment begins
                                      Approximate arrearage        Interest
                                      ongoing payment begins
                                      Approximate arrearage        Interest

7. Secured Claims [Retain Lien 11 U.S.C. §1325 (a)(5)]:   Collateral Value   Interest Rate   Monthly Pmnt.

8. Secured Automobile Claims for Debt Incurred Within 910 Days of Filing, and Other Secured Claims for Debt Incurred Within One Year of Filing [Retain Lien 11 U.S.C. §1325 (a)(5)]:

| | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
| American Credit Acceptance (2004 Mustang) | $ 9,048.00 | 0.00% | $180.00 |
| FedEx Credit Union (2011 Hyundai Elantra) | $ 5,970.00 | 0.00% | $118.00 |

9. Secured Claims for Which Collateral Will Be Surrendered; Stay Is Terminated Upon Confirmation for the Limited Purpose of Gaining Possession and Commercially Reasonable Disposal of Collateral:

   _____  Collateral  _____
   _____  Collateral  _____

10. Special Class Unsecured Claims:   Collateral Value   Interest Rate   Monthly Pmnt.

11. Student Loan Claims and Other Long Term Claims:
    Ed Financial          (X) Not Provided For   ( ) General Unsecured Creditor
    _____      ( ) Not Provided For   ( ) General Unsecured Creditor

12. The Judicial Liens or Non-possessory, Non-purchase Money Security Interests Held by the Following Creditors Are Avoided to the Extent Allowable Pursuant to 11 U.S.C. §522(f):

13. Absent a Specific Court Order Otherwise, All Timely Filed Claims, Other than Those Specifically Provided for Above, Shall Be Paid as General Unsecured Claims.

14. Estimated Total General Unsecured Claims: _____.

15. The Percentage to Be Paid to Non-priority, General Unsecured Claims Is:   ( ) _____ ;
    Or  (X) Trustee Shall Determine the Percentage to Be Paid after Passage of Final Bar Date.

16. This Plan Assumes or Rejects Executory Contracts:
    The Trails at Mt. Moriah          (X) Assume      ( ) Reject
    _____                  ( ) Assume      ( ) Reject

17. Completion:    Plan shall be completed upon payment of the above, approximately  60  months.

18. Failure to Timely File a Written Objection to Confirmation Shall Be Deemed Acceptance of Plan.

19. Non-standard Provisions:
    For the purposes of provision 8, all collateral will be assumed to have exceeded the time limits set forth in the hanging paragraph following § 1325(a)(9), unless the debtor is in possession of the original contract

    Any Non-standard Provision Stated Elsewhere Is Void.

20. Certification: This Plan Contains No Non-standard Provisions Except Those Stated in Provision 19.

    /s/ Jimmy E. McElroy  TN Bar #011908          Date    January 18, 2019
    Debtor's Attorney's Signature

January 18, 2019

910 > July 22, 2016